IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.                                                                    CASE NO.  4:01cr47-SPM/AK

CHRISTOPHER BROWN,

       Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated June 7, 2005 (doc. 149).  Defendant has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 149) is ADOPTED and incorporated by reference in this order.

2.    Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 117) along with the additional claim alleged

(doc. 142) is denied.

DONE AND ORDERED this 4th day of August, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge